**Stephen Paul BENSKIN,
Respondent-Appellant,**

v.

**Eileen Marie BENSKIN,
Petitioner-Respondent.**

**No. 52712.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 11, 1987.

Gary S. Heggs, St. Charles, for respondent-appellant.

Claude C. Knight, St. Charles, for petitioner-respondent.

### ORDER

Dissolution case. Husband appeals. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).